**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

ANDREW SALINGER, Individually
and on Behalf of All Others Similarly Situated,

        *Plaintiff*,

      v.

SAREPTA THERAPEUTICS, INC., DOUGLAS
S. INGRAM, and SANDESH MAHATME,

        *Defendants*.

Case No.: 1:19-CV-08122 (VSB) (OTW)

**NOTICE OF MOTION**

**ORAL ARGUMENT**
**REQUESTED**

PLEASE TAKE NOTICE that upon the annexed Declaration of Jessica Driscoll, dated November 26, 2019, and the accompanying Memorandum of Law, the undersigned hereby moves this Court on behalf of Sarepta Therapeutics, Inc., Douglas S. Ingram, and Sandesh Mahatme before the Honorable Vernon S. Broderick, in Courtroom 518 of the United States District Court for the Southern District of New York, Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York, 10007, for an order transferring venue pursuant to 28 U.S.C. § 1404(a).

Dated:      November 26, 2019

        Respectfully Submitted,

        **LATHAM & WATKINS LLP**

        /s/ Andrew Clubok
        Andrew Clubok
        555 Eleventh Street, NW
        Suite 1000
        Washington, DC 20004
        Telephone: (202) 637-3323
        Email: andrew.clubok@lw.com

        *Attorney for Defendants*