UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDREW SALINGER, Individually
and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

SAREPTA THERAPEUTICS, INC., DOUGLAS
S. INGRAM, and SANDESH MAHATME,

Defendants.

Case No.: 1:19-CV-08122

**DECLARATION OF JESSICA P. DRISCOLL IN SUPPORT OF DEFENDANTS'
MOTION FOR TRANSFER OF VENUE TO THE DISTRICT OF MASSACHUSETTS
PURSUANT TO 28 U.S.C. § 1404(a)**

I, Jessica P. Driscoll, declare as follows:

1.      I am the Director, Litigation Counsel for Sarepta Therapeutics, Inc. ("Sarepta"). I have personal knowledge of the facts set forth in this Declaration based on a review of company records and information currently available to me; as such, I can testify competently thereto.

2.      Sarepta is a publicly-traded Delaware corporation with its headquarters in Cambridge, Massachusetts. While Sarepta has no facilities located in New York, its United States locations include facilities in Cambridge, Andover and Burlington, Massachusetts, and Dublin, Ohio.

3.      Sarepta is a commercial-stage biopharmaceutical company focused on helping patients through the discovery and development of unique ribonucleic acid-based therapeutics, gene therapy, and other genetic medicine approaches for the treatment of rare diseases, including the development of golodirsen for the treatment of duchenne muscular dystrophy.

4.      The majority of Sarepta's corporate officers and the heads of its commercial, finance, clinical and nonclinical development, business development, research, information technology, human resources, and legal departments are based in Sarepta's headquarters in Cambridge, Massachusetts.

5.      The press releases and SEC filings cited in the complaint filed in this action were prepared at, and disseminated from, Sarepta's Massachusetts headquarters.

6.      The vast majority of Sarepta's officers and employees who were involved in drafting or disseminating Sarepta's press releases and SEC filings work at Sarepta's Massachusetts headquarters.  For example, these witnesses include: Francesca Nolan, Sarepta's Senior Director of Investor Relations & Corporate Communications; and Joe Bratica, Sarepta's Vice President and Corporate Controller.

7.      In addition, Patrick O'Malley, Sarepta's Executive Director of Regulatory Strategy, a witness with knowledge of Sarepta's communications with the U.S. Food and Drug Administration during the application process, works at Sarepta's Massachusetts headquarters.

8.      Douglas S. Ingram, Sarepta's President and Chief Executive Officer, works at Sarepta's headquarters in Cambridge, Massachusetts, and resides in Boston, Massachusetts.

9.      Sandesh Mahatme, Sarepta's Executive Vice President, Chief Financial Officer and Chief Business Officer, works at Sarepta's headquarters in Cambridge, Massachusetts, and resides in Boston, Massachusetts.

10.      Virtually all of the documents related to the subject matters discussed in the press releases and earnings calls cited in the complaints are located at Sarepta's Massachusetts headquarters, or are otherwise easily accessible.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 26, 2019 at Cambridge, Massachusetts.

Jessica P. Driscoll

3