UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
ANDREW SALINGER, *individually and on* :
*behalf of all other similarly situated*, :
 :
Plaintiffs, : 19-cv-8122 (VSB)
 :
-against- : **ORDER**
 :
SAREPTA THERAPEUTICS, INC., et al., :
 :
Defendants. :
 :
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/22/2020

<u>VERNON S. BRODERICK</u>, United States District Judge:

      I am in receipt of the Notice of Voluntary Dismissal filed by Lead Plaintiff Bernard Portnoy on February 13, 2020.  (Doc. 40.)  I am also in receipt of Counsel for Defendants' letter of April 20, 2020, clarifying that the Notice of Voluntary Dismissal intends to dismiss the action in its entirety, not only the claims of lead Plaintiff Bernard Portnoy.  (Doc. 41.)  Accordingly, it is:

      ORDERED that the putative class action is dismissed in its entirety in accordance with the Notice of Voluntary Dismissal.  (Doc. 40).

      The Clerk of Court is respectfully directed to close the motions at Documents 35 and 38, and terminate the action.

SO ORDERED.

Dated: April 22, 2020
      New York, New York

*Vernon S. Broderick*
Vernon S. Broderick
United States District Judge